| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
| 2 | Laurence F. Padway (SBN 89314)<br>E-mail: lpadway@padway.com |
| 3 | 1516 Oak Street, Suite 109<br>Alameda, CA 94501 |
| 4 | Tel: 510.814.6100<br>Fax: 510.814.0650 |
| 5 | *Attorneys for Plaintiff Carolyn S. Lockett* |
| 6 | BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi (SBN 163657) |
| 7 | E-mail: mbernacchi@bwslaw.com<br>444 South Flower Street, Suite 2400 |
| 8 | Los Angeles, CA 90071-2953<br>Tel: 213.236.0600 |
| 9 | Fax: 213.236.2700<br>*Attorneys for Defendant* |
| 10 | *Hartford Life and Accident Insurance Company* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN S. LOCKETT, | Case No. 3:12-CV-02874-SC |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDUL ON DEFENDANT'S MOTIN FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | **Complaint Served: 09/08/2012** |
| | HONORABLE SAMUEL CONTI |

Whereas, Plaintiff Carolyn S. Lockett's opposition to Defendant Hartford Life and Accident Insurance Company's Motion for Summary Judgment or Alternatively, Summary Adjudication is due on June 27, 2013; and

---

3:12-CV-02874 SC — - 1 - — STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Whereas, Laurence F. Padway, counsel for plaintiff, underwent knee surgery on June 19, 2013 and will not be working full time until July 8, 2013;

Now therefore, the parties hereby stipulate to continue the briefing schedule on the motion as follows:

    Plaintiff's Opposition due on July 11, 2013
    Defendant's Reply due on July 25, 2013
    Hearing on Motion for Summary Judgment August 9, 2013

IT IS SO STIPULATED.

Dated: June 26, 2013    Law Offices of Laurence F. Padway

By: */s/Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff
Carolyn S. Lockett

Dated: June 26, 2013    Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendant
Hartford Life and Accident Insurance Company

## ORDER

Pursuant to Stipulation, IT IS SO ODERED.

Dated: 06/27/2013

Hon. [signature: Judge Samuel Conti]
United States District Judge