1   LAW OFFICES OF LAURENCE F. PADWAY
2   Laurence F. Padway (SBN 89314)
    E-mail: lpadway@padway.com
    1516 Oak Street, Suite 109
3   Alameda, CA 94501
    Tel: 510.814.6100
4   Fax: 510.814.0650
    *Attorneys for Plaintiff Carolyn S. Lockett*
5
    BURKE, WILLIAMS & SORENSEN, LLP
6   Michael B. Bernacchi (SBN 163657)
    E-mail: mbernacchi@bwslaw.com
7   444 South Flower Street, Suite 2400
    Los Angeles, CA 90071-2953
8   Tel: 213.236.0600
    Fax: 213.236.2700
9   *Attorneys for Defendant*
    *Hartford Life and Accident Insurance Company*
10

11

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15

16   CAROLYN S. LOCKETT,              Case No. 3:12-CV-02874-SC

17              Plaintiff,            **STIPULATION TO EXTEND
                                      BRIEFING SCHEDUL ON
18   v.                              DEFENDANT'S MOTIN FOR
                                      SUMMARY JUDGMENT AND
19   HARTFORD LIFE AND ACCIDENT      [~~PROPOSED~~] ORDER**
     INSURANCE COMPANY,
20
              Defendant.             **Complaint Served: 09/08/2012**
21

22

23

24                                   HONORABLE SAMUEL CONTI

          Whereas, Plaintiff Carolyn S. Lockett's opposition to Defendant Hartford
25
     Life and Accident Insurance Company's Motion for Summary Judgment or
26
     Alternatively, Summary Adjudication is due on July 11, 2013; and
27

28

     3:12-CV-02874 SC          - 1 -

1

2       Whereas, counsel for plaintiff received today records from Peralta College

3   which are important to the opposition to this motion;

4

5       Now therefore, the parties hereby stipulate to continue the briefing schedule

6   on the motion as follows:

7

8          Plaintiff's Opposition due on July 15, 2013

9          Defendant's Reply due on July 29, 2013

10

11      The extension will not affect the hearing date on the Motion for Summary

12  Judgment of August 9, 2013.

13

14      IT IS SO STIPULATED.

    Dated:  July 11, 2013                    Law Offices of Laurence F. Padway
15

16                                           By: */s/Laurence F. Padway*
                                                Laurence F. Padway
17                                           Attorneys for Plaintiff
                                             Carolyn S. Lockett
18

19  Dated:  June 11, 2013                    Burke, Williams & Sorensen, LLP

20
                                             By: */s/ Michael B. Bernacchi*
21                                              Michael B. Bernacchi
                                             Attorneys for Defendant
22                                           Hartford Life and Accident Insurance
                                             Company
23

24
        Pursuant to Stipulation, IT IS SO ODERED.
25

26      Dated:  _____07/12/2013_____

27                                           Hon.
                                             United States                    Judge
28

STIPULATION TO EXTEND BRIEFING
                                             SCHEDULE ON DEFENDANT'S MOTION FOR
                                             SUMMARY JUDGMENT