Case3:12-cv-02874-SC Document37 Filed08/15/13 Page1 of 3

LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Carolyn S. Lockett*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CAROLYN S. LOCKETT,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

Case No. 3:12-CV-02874-SC

**STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED CASE MANAGEMENT DATES BY 90 DAYS**

Trial Date:
Date: December 9, 2013
Time: 9:30 a.m.
Ctrm: 1

HONORABLE SAMUEL CONTI

Plaintiff Carolyn S. Lockett and Defendant Hartford Life and Accident Insurance Company ("Hartford"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court continue the December 9, 2013 trial date in this matter (and all related case management dates) by 90 days. The reasons for the request are as follows:

1. Defendant Hartford's motion for summary judgment or, in the alternative, motion for summary adjudication was recently taken under submission

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-2259-7397 v1

- 1 -

STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED CASE MANAGEMENT DATES BY 90 DATES

Case3:12-cv-02874-SC Document37 Filed08/15/13 Page2 of 3

by the Court. The motion was originally set to be heard back in July. However, due to his knee surgery, Plaintiff's counsel asked that the hearing on the motion be postponed until August 9, 2013 and that he be given additional time to prepare his opposition papers. Hartford's counsel agreed to the continuance on the condition that if the motion was not decided by the Court at the time of the hearing, the parties would seek a 90-day continuance of the case management dates from the Court.

2. One of the reasons that Defendant Hartford brought its motion for summary judgment back in July was to try and avoid undertaking certain discovery and trial preparation that would be expensive and time consuming for all sides. However, given that its motion for summary judgment has been taken under submission, the parties will now have to proceed with that discovery and other preparation, and simply need additional time to complete it.

3. Finally, counsel for Hartford currently has another trial scheduled for December 5, 2013. Accordingly, a short 90-day continuance will help avoid any potential conflict between the two cases.

4. Therefore the parties respectfully request that the trial date in this case be moved from December 9, 2013 to March 10, 2014 or any date thereafter that is convenient for this Court's calendar. The parties further request that all remaining case management dates and discovery deadlines be continued 90 days as well.

IT IS SO STIPULATED.

Dated: August 14, 2013

Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
*[as approved on August 14, 2013]*
Laurence F. Padway
Attorneys for Plaintiff
Carolyn S. Lockett

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-2259-7397 v1

- 2 -

STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL AND RELATED CASE MANAGEMENT DATES BY 90 DATES

Dated: August 14, 2013

Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendant
Hartford Life and Accident Insurance Company

**ORDER**

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the trial, case management dates, and discovery deadlines be continued in this case as follows:

(1) Jury Trial – from December 9, 2013 at 9:30 a.m. to ______________________________;

(2) Pre-Trial Conference – from November 8, 2013 at 10:00 a.m. ______________________________;

(3) Last day to hear motions – from October 25, 2013 at 10:00 a.m. ______________________________; and,

(4) Discovery Cut-off – from October 9, 2013 to ______________________________.

IT IS SO ORDERED.

Dated:

By: ______________________________
Hon
Judge of the United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Samuel Conti