| | |
|---|---|
| 1 | LAW OFFICES OF LAURENCE F. PADWAY |
|   | Laurence F. Padway (SBN 89314) |
| 2 | 1516 Oak Street, Suite 109 |
|   | Alameda, CA 94501 |
| 3 | Tel: 510.814.6100 |
|   | Fax: 510.814.0650 |
| 4 | *Attorneys for Plaintiff Carolyn S. Lockett* |
| 5 | BURKE, WILLIAMS & SORENSEN, LLP |
|   | Michael B. Bernacchi (SBN 163657) |
| 6 | E-mail: mbernacchi@bwslaw.com |
|   | Edith S. Shea (SBN 177578) |
| 7 | E-mail: eshea@bwslaw.com |
|   | 444 South Flower Street, Suite 2400 |
| 8 | Los Angeles, CA 90071-2953 |
|   | Tel: 213.236.0600 |
| 9 | Fax: 213.236.2700 |
|   | *Attorneys for Defendant* |
| 10 | *Hartford Life and Accident Insurance Company* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLYN S. LOCKETT, | Case No. 3:12-CV-02874-SC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | HONORABLE SAMUEL CONTI |

Plaintiff Carolyn S. Lockett and Defendant Hartford Life and Accident Insurance Company, by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

///

///


IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 14, 2013 | Law Offices of Laurence F. Padway |
| | By: */s/ Laurence F. Padway*<br>    *[as approved on October 14, 2013]*<br>    Laurence F. Padway<br>    Attorneys for Plaintiff<br>    Carolyn S. Lockett |
| Dated: October 14, 2013 | Burke, Williams & Sorensen, LLP |
| | By: */s/ Michael B. Bernacchi*<br>    Michael B. Bernacchi<br>    Edith S. Shea<br>    Attorneys for Defendant<br>    Hartford Life and Accident Insurance Company |

## **O R D E R**

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety. The parties will bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 10/15/2013           By: _____
                              Hon. S[signature: Judge Samuel Conti]
                              Judge of the United States District Court